UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DOUGLAS ROBERT GORDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV615-131 |
| | ) |
| HONORABLE JUDGE JOHN R. TURNER (in his capacity as Superior Court Judge) et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 9th day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA